UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHRISTIAN MARGOSIAN,

                Plaintiff,                Case No. 1:21-cv-1061

v.

                                          Hon. Robert J. Jonker

UNKNOWN MARTINSON, *et al.*,

                Defendants.
_____/

**ORDER TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

        The Court entered judgment against plaintiff (ECF No. 163) and plaintiff filed a notice of appeal (ECF No. 169). This matter is now before the Court on plaintiff's "Motion to waive filing fee for appeal to Sixth Circuit" (ECF No. 170), in which plaintiff seeks permission to proceed *in forma pauperis* on appeal.

        When plaintiff filed this lawsuit he was a prisoner at the Michigan Department of Corrections. At that time, plaintiff was allowed to proceed *in forma pauperis* and required to furnish a prisoner trust account statement and to pay the filing fee in installments pursuant to 28 U.S.C. § 1915(b)(1). *See* Order (ECF No. 4). Plaintiff reports that he was paroled on February 20, 2025 and now resides in Sterling Heights, Michigan. *See* Motion (ECF No. 158). Because plaintiff is no longer incarcerated, he does not have a prison trust account and the installment payment provision of § 1915(b)(1) no longer applies. *See McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997).

        As a general rule, Fed. R. App. P. 24(a)(3) provides that "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization." None of the exceptions to this general rule apply

1

in this case.  *See* Fed. R. App. P. 24(a)(3)(A), (B).  Here, plaintiff can proceed *in forma pauperis* on appeal without further authorization pursuant to Fed. R. App. P. 24(a)(3).  Accordingly, although it was not necessary for plaintiff to file a motion to proceed *in forma pauperis* on appeal, his motion is **GRANTED**.

        **IT IS SO ORDERED**.

Dated:  April 16, 2025                              /s/ Ray Kent
                                                            RAY KENT
                                                            United States Magistrate Judge